United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| CORINA CAMPOS, <br> "Plaintiff", <br><br> v. <br><br> CONNIE COBB, <br> As Substitute Trustee, <br> "Defendant". | § <br> § <br> § <br> §    Civil Action No. 1:22-cv-00055 <br> § <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiff's "Original Petition and Notice of Removal" ("Original Petition") (Dkt. No. 1) and Magistrate Judge's "Report and Recommendation" ("R&R") (Dkt. No. 18). The R&R recommends this Court (1) dismiss with prejudice Plaintiff's claims for failure to prosecute pursuant to Fed.R.Civ.P.41(b); and (2) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's Original Petition (Dkt. No. 1) is **DISMISSED** with prejudice for failure to prosecute pursuant to Fed.R.Civ.P.41(b). The Clerk of the Court is **ORDERED** to close this case.

Signed on this 17th day of November, 2022.

Rolando Olvera
United States District Judge